# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV615-066 |
| ENERGY SMART INSULATION COMPANY, INC. and JAMIE C. SHIVER, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On August 14, 2015, the Court granted plaintiff's motion (doc. 7) for service on defendant Jamie Shiver by publication. Doc. 8. That Order, pursuant to O.C.G.A. § 9-11-4(f)(1)(C), directed the Clerk to publish notice of this action and mail a copy of the complaint and order to Shiver's last known address. *Id.* But plaintiff must first fulfill its § 9-11-4 obligations.

That provision requires the *Clerk* to "cause the publication to be made in the paper in which sheriff's advertisements are printed, four times within the ensuing 60 days, publications to be at least seven days apart." O.C.G.A. § 9-11-4(f)(1)(C). Plaintiff, however, should have, "at

the time of filing" its motion for service by publication, "deposit[ed] the cost of publication" with the Clerk and informed the Court of Shiver's last known address. *Id.* Yet, it did not.

Plaintiff therefore must, within seven days of the date this Order is served, (1) file a proposed notice for publication that conforms to § 9-11-4(f)(1)(C)'s requirements;[1] (2) deposit the cost of publication with the Clerk;[2] and (3) inform the Court of Shiver's last known address. Once those three things happen, the Clerk shall publish the notice in the Savannah Morning News "four times within the ensuing 60 days, publications to be at least seven days apart." *Id.* Further, the Clerk shall, within fifteen days of this Order's filing and after publishing notice pursuant to § 9-11-4(f)(1)(C), mail a copy of the published notice, the complaint (doc. 1), the Order allowing service by publication (doc. 8), and

---

[1] The notice "shall contain the name of the parties plaintiff and defendant, with a caption setting forth the court, the character of the action, the date the action was filed, the date of the order for service by publication, and a notice directed and addressed to the party to be thus served, commanding him or her to file with the clerk and serve upon the plaintiff's attorney an answer within 60 days of the date of the order for service by publication and shall bear teste in the name of the judge and shall be signed by the clerk of the court." O.C.G.A. § 9-11-4(f)(1)(C).

[2] The Savannah Morning News charges $10 per day for every 100 words in a notice. If plaintiff's proposed notice is 100 words or less, it therefore must deposit $40 with the Clerk. If it's 100-200 words, $80, and so forth.

2

this Order to Shiver's last known address, which plaintiff will provide within seven days of the date this Order is served.

**SO ORDERED**, this 21st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA