# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE C. SHIVER et al., <br><br> Defendants. | Case No. CV615-066 |

## ORDER

The Court having reviewed and considered the petition of Joseph H. Wolenski of the law firm of Thompson & Slagle LLC, 6470 E. Johns Crossing, Suite 100, Johns Creek, Georgia 30097 for permission to appear pro hac vice on behalf of plaintiff American Contractors Indemnity Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Joseph H. Wolenski as counsel of record for plaintiff American Contractors Indemnity Company, in this case.

**SO ORDERED** this __14th__ day of March, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA